WILMA ROSENBERG et al., Respondents, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

Argued January 25, 1937; decided March 9, 1937.

*Henry C. Moses* and *Charles J. Nehrbas* for appellant.

*Joseph C. Salzman* and *David S. Romanov* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.